UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PHAROAHTECH PLAYTRONICS LLC, | ) | CASE NO. 1:24-cv-954 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE CHARLES E. FLEMING |
| v. | ) | |
| | ) | |
| CITY OF SHAKER HEIGHTS, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

On June 3, 2024, Shakka Siuung Hasberry, appearing *pro* se, filed a complaint on behalf of Plaintiff PharoahTech Playtronics LLC against Defendant City of Shaker Heights. (ECF No. 1). Limited liability corporations, and other artificial entities, must be represented through licensed counsel and cannot litigate a case through *pro se* representation. *See Lea v. Tracy Langston Ford, Inc.*, 2019 U.S. App. LEXIS 38710, at *6 (6th Cir. Dec. 30, 2019) (citing *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201–03, 113 S. Ct. 716, 121 L. Ed. 2d 656 (1993)) ("A corporation, partnership, or association may appear in federal courts only through licensed counsel and not through the pro se representation of an officer, agent, or shareholder."). Shakka Siuung Hasberry purports to be the founder of PharoahTech Playtronics LLC—and may likely be a member and officer of the LLC—but this does not grant him the ability to represent PharoahTech Playtronics LLC *pro se* in this civil proceeding. *See Hilton I. Hale & Assocs., LLC v. Gaebler*, No. 2:10-CV-920, 2011 U.S. Dist. LEXIS 8351, at *2–3 (S.D. Ohio Jan. 28, 2011).

Accordingly, the Court **GRANTS** Plaintiff leave to have appropriate licensed counsel enter an appearance on behalf of Plaintiff within 45 days of the issuance of this Order. The pending motion to proceed *in forma pauperis* (ECF No. 2) is **DENIED** for the reasons stated.  The motion

to amend the complaint (ECF No. 5) is **DENIED WITHOUT PREJUDICE** to its re-filing after appropriate licensed counsel has entered an appearance. If appropriate licensed counsel has not entered an appearance on behalf of Plaintiff by the deadline, this case will be dismissed without further notice.

  **IT IS SO ORDERED.**

Date: June 6, 2024

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**